United States Courts
Southern District of Texas
FILED

NOV 24 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
Noe Balderas

**CRIMINAL COMPLAINT**

Case Number: 2:20-mj-2064

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 23, 2020** (Date) in **Kenedy** County, in the Southern District of Texas, defendant, **Noe Balderas**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** (Official Title) and that this complaint is based on the following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Aubrey Ward**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant
**Aubrey Ward**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

November 24, 2020
Date

at

Corpus Christi, Texas
City and State

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**

On November 23, 2020, at approximately 6:30 p.m., a maroon in color Ford Mustang approached the primary lane of the Javier Vega Jr. United States Border Patrol checkpoint near Sarita, Texas for an immigration inspection. The vehicle was being driven by Noe Balderas. The assigned primary agent started his immigration inspection where Balderas affirmed he was a United States citizen. Primary agent asked for consent to open the trunk. Balderas granted consent but told the agent that he would need a key to open the trunk. Balderas willingly gave the agent the key to open the trunk. Upon opening the trunk the agent discovered two subjects hiding inside the trunk.

The subjects were determined to be nationals of Mexico and El Salvador illegally present in the United States without any documentation to remain. Balderas was placed under arrest and escorted into the checkpoint. All subjects were escorted into the checkpoint for further investigation.

All subjects were read their Miranda rights in the language of their preference. Balderas invoked his right to legal counsel. Napoleon Gaytan-Gallegos agreed to provide a statement without the presence of an attorney.

**DEFENDANT NOE BALDERAS STATEMENT:**
Subject invoked right to legal counsel.

Note- Balderas has two recent arrests with Border Patrol for Alien Smuggling.

**MATERIAL WITNESS NAPOLEON GAYTAN-GALLEGOS STATEMENT:**
Gaytan-Gallegos stated to agents that he illegally crossed into the United States near Reynosa, Mexico on November 21, 2020. He was taken to a trailer home and stayed there until his ride came to take him to Houston, Texas. The vehicle was driven by an unknown male subject accompanied by a female that he was arrested with in the trunk. About 30 minutes before arriving to the checkpoint, the driver told him and the female to get in the trunk and pulled down the back seats. The driver did not speak much to them but did give them instructions to hide in the trunk and remain still. He believes that the driver knew that he was an illegal alien.

Gaytan-Gallegos was shown a photo lineup where he positively identified Noe Balderas as the driver.

DISPOSITION:

The facts of this case were presented to Assistant United States Attorney Office who accepted Noe Balderas for prosecution of 8 USC 1324, Alien Smuggling. Napoleon Gaytan-Gallegos will be held as a Material Witness.

Aubrey Ward
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day November 24, 2020

Jason B. Libby
United States Magistrate Judge